No. 74. LUN ET AL. *v.* BOND ET AL. Argued
March 5, 1929. Decided March 11, 1929. *Per Curiam:*
The judgment is reversed, with directions to the Circuit
Court of Coahoma County, Miss., to dismiss the petition
for mandamus without costs, because the controversy in-
volved has become moot. *Atherton Mills* v. *Johnston,*
259 U. S. 13; *Brownlow* v. *Schwartz,* 261 U. S. 216;
*Alejandrino* v. *Quezon,* 271 U. S. 528, 535; *Norwegian Co.*
v. *Tariff Commission,* 274 U. S. 106, 112. *Messrs. James
M. Flowers, Earl Brewer,* and *Edward C. Brewer* sub-
mitted for plaintiffs in error. *Mr. James A. Lauderdale,*
with whom *Messrs. Rush H. Knox,* Attorney General of
Mississippi, and *Mr. E. C. Sharp* were on the brief, for
defendants in error.

No. —, original. EX PARTE CITY OF CAPE MAY. Motion
submitted March 11, 1929. Decided April 8, 1929. *Per
Curiam:* Motion for leave to file petition for writ of man-
damus denied. *Mr. Edmond C. Fletcher* for petitioner.

No. 634. JENSEN *v.* CONTINENTAL LIFE INS. CO.
Jurisdictional statement sub-
mitted March 11, 1929. Decided April 8, 1929. *Per
Curiam:* The appeal is dismissed on the authority of § 240
(b) and (c) of the Judicial Code as amended by the act
of February 13, 1925 (43 Stat. 938), for lack of jurisdic-
tion. *Mr. Charles A. Donnelly* for appellant. *Mr. W.
Calvin Chesnut* for appellee.